UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DR. MAX ARNETT,

    Plaintiff,

    v.

OHIO NATIONAL INSURANCE AGENCY, INC., an Ohio Corporation,

    Defendant.

Case No. C05-5639 FDB

ORDER GRANTING MOTION TO SUBSTITUTE DEFENDANT

This matter comes before the Court on Plaintiff's motion to substitute Ohio National Life Assurance Corporation as the correct name of the Defendant in this case. Defendant does not object to the substitution insofar as the originally named defendant, Ohio National Insurance Agency, Inc. is dismissed from this action, with prejudice. The Plaintiff implicitly concedes this point as he has requested the substitution. The Court is in agreement. The Court will order the substitution. The case caption will reflect that Ohio National Life Assurance Corporation is the named defendant. Ohio National Insurance Agency, Inc. will be dismissed from this action, with prejudice. This Order is not to be construed as a basis to extend discovery deadlines or as a comment on other pending motions.

ORDER - 1

ACCORDINGLY;

IT IS ORDERED:

1. Plaintiff's Motion to Substitute Defendant [Dkt #9] is **GRANTED**.
2. Defendant Ohio National Insurance Agency, Inc. is dismissed from this action, with prejudice
3. The case caption should reflect that Ohio National Life Assurance Corporation is the sole named Defendant.

DATED this 11th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2